UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN JAMES SCHRODT,

    Petitioner,

v.

PLEASANT VALLEY STATE PRISON WARDEN,

    Respondent.

                             /

No. C 04-5086 SI (pr)

**ORDER TO SHOW CAUSE**

Brian James Schrodt filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court reviewed the petition and issued an order to show cause. Respondent then moved to dismiss on the ground that the petition was mixed, i.e., contained both exhausted and unexhausted claims. The court determined that the petition was a mixed petition claims and ordered Schrodt to elect how he wished to deal with the problem. Schrodt recently filed an Election By Petitioner in which he stated that he elected to dismiss the unexhausted claims and go forward with only the exhausted claims, i.e., Claims 1(a), 3, 5 and 6.

Accordingly, the court now dismisses the unexhausted claims, i.e., Claims 1(b), 2, 4, 5, 9-11, and 13-14, and sets the following briefing schedule in order to move this case toward resolution:

1. Respondent must file and serve upon petitioner, on or before **August 19, 2005**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

2. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **September 30, 3005**.

IT IS SO ORDERED.

DATED: July __7_, 2005

_____
SUSAN ILLSTON
United States District Judge

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN JAMES SCHRODT,

    Petitioner,

v.

PLEASANT VALLEY STATE PRISON WARDEN,

    Respondent.

No. C 04-5086 SI (pr)

**ORDER TO SHOW CAUSE**

    Brian James Schrodt filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court reviewed the petition and issued an order to show cause. Respondent then moved to dismiss on the ground that the petition was mixed, i.e., contained both exhausted and unexhausted claims. The court determined that the petition was a mixed petition claims and ordered Schrodt to elect how he wished to deal with the problem. Schrodt recently filed an Election By Petitioner in which he stated that he elected to dismiss the unexhausted claims and go forward with only the exhausted claims, i.e., Claims 1(a), 3, 5 and 6.

    Accordingly, the court now dismisses the unexhausted claims, i.e., Claims 1(b), 2, 4, 5, 9-11, and 13-14, and sets the following briefing schedule in order to move this case toward resolution:

1. Respondent must file and serve upon petitioner, on or before **August 19, 2005**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

2. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **September 30, 3005**.

IT IS SO ORDERED.

DATED: July __7_, 2005

_____
SUSAN ILLSTON
United States District Judge

2