UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMES SCHRODT,<br><br>    Petitioner,<br><br>  v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN,<br><br>    Respondent.<br>_____/ | No. C 04-5086 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY AND COUNSEL** |

Petitioner has filed a "notification of intent to appeal; motion to appoint legal counsel." The court construes the document to be a notice of appeal and a request for a certificate of appealability. Petitioner's request for a certificate of appealability is DENIED because he has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2). (Docket # 18.)

Petitioner's request for appointment of counsel is DENIED. (Docket # 18.) Appointment of counsel by this court is not warranted because this court has already denied his petition for writ of habeas corpus and there is nothing further to be litigated in this court. The denial of the request is without prejudice to petitioner filing a new request for appointment of counsel in the U. S. Court of Appeals for the Ninth Circuit. Schrodt also requested information about the way an appeal proceeds. The court does not provide guidance for the prosecution of an appeal. Schrodt may wish to contact the U.S. Court of Appeals for the Ninth Circuit to see if that court has information for prospective appellants and he may consult the Federal Rules of Appellate

1  Procedure.

2      The Clerk shall forward to the court of appeals the case file with this order.  <u>See</u> <u>United</u>

3  <u>States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

4      IT IS SO ORDERED.

5  DATED:  August 4, 2006

                                                                    SUSAN ILLSTON
                                              United States District Judge

2